**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-2687**

EDWARD F. HODGES,

Plaintiff - Appellant,

versus

TRIGON INSURANCE COMPANY, d/b/a Trigon Blue
Cross Blue Shield,

Defendant - Appellee,

and

BLUE CROSS & BLUE SHIELD OF VIRGINIA, INCORPO-
RATED, formerly known as Trigon Incorporated,

Defendant.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  James R. Spencer, District Judge.
(CA-97-583-3)

Submitted:  May 28, 1998          Decided:  June 9, 1998

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edward F. Hodges, Appellant Pro Se. Paul H. Anderson, BLUE CROSS & BLUE SHIELD OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward F. Hodges appeals the district court's order granting the Defendant's motion for summary judgment in Hodges' civil suit. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Hodges v. Trigon Ins. Co., No. CA-97-583-3 (E.D. Va. Nov. 6, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED